UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

KATHY WU,

                       Plaintiff,

     -against-

WALKER/MCCALL, LLC,

                      Defendants.

------------------------------------------------------X

Case No.

1:18-cv-05609-ERK-RLM

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kathy Wu, on behalf of herself and others similarly situated and Defendant Walker/McCall, LLC, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: July 9, 2019

By: _____
Bradly G. Marks
The Marks Law Firm, PC
175 Varick Street, 3rd Fl
New York, NY 10014
T:(646) 770-3775
brad@markslawpc.com

By: _____
Eric J. Bressler
Wickham, Bressler & Geasa, P.C.
13015 Main Road, PO Box 1424
Mattituck, NY 11952
T:(631) 298-8353
ebressler@wbglawyers.com

So ORDERED

s/ Edward R. Korman
_____
7/11/19 USDJ